UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

    Defendants.
                              /

HUHTAMAKI FOODSERVICE, INC.,

        NO. CIV. S-04-1494 LKK/JFM

    Plaintiff,

  v.                           O R D E R

AMERIPRIDE SERVICES, INC., a
Delaware corporation,

    Defendant.
                                  /

    Pending before the court is AmeriPride Service's ("AmeriPride") motion for consolidation filed on September 26, 2005.  The motion requested the consolidation of AmeriPride

1

Services, Inc. v. Valley Industrial Services, Inc., et al., CIV. S-00-113 LKK (filed January 19, 2000), and Huhtamaki Foodservice, Inc. v. AmeriPride Services, Inc., CIV. S-04-1494 LKK (filed July 29, 2004).

After consideration of the parties' papers and after oral argument, the court hereby ORDERS that:

1. Decision on this motion is deferred pending the upcoming state court hearing regarding the California Regional Water Quality Control Board's Clean-up and Abatement Order. The hearing on the motion to consolidate is CONTINUED to October 24th, 2005 at 10:00 a.m.

2. The two cases are consolidated for the purposes of discovery only.

IT IS SO ORDERED.

DATED: September 13, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT