UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HUHTAMAKI FOODSERVICE, INC.,

                                      NO. CIV. S-04-1494 LKK/JFM

     Plaintiff,

  v.                                        O R D E R

AMERIPRIDE SERVICES, INC.,

     Defendant.

_____/

    The court is in receipt of both the joint application for order shortening time and the joint motion to extend time to disclose expert reports.

    The motion shorting time is DENIED as unnecessary. However, the motion to extend the deadline for filing expert reports is GRANTED.

////

////

////

////

1

1    The parties are granted until November 1, 2005 to file expert
2 reports.[1]
3    IT IS SO ORDERED.
4    DATED:   September 21, 2005.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

---

[1] The court notes in passing that under the Court's December 10, 2004 Status Order, the parties will have only five (5) days from the date of filing their expert reports to have any motions to compel discovery heard by the assigned magistrate judge.

2